NO. 07-05-0291-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 2, 2006

______________________________

HELEN M. ABEL, d/b/a 24/7 BAIL BONDS,

Appellant

V.

BEST PUBLICATIONS, L.L.P.,

Appellee

_________________________________

FROM THE 47th DISTRICT COURT OF RANDALL COUNTY;

NO. 55,530-A; HON. HAL MINER, PRESIDING

_______________________________

ORDER DISMISSING APPEAL

       
_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ. 

Appellant and appellee, by and through their attorneys, have moved to dismiss the appeal numbered above due to all matters having been resolved between the parties.  Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at the request of both parties, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

          Chief Justice